UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEAN HILL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:11-cv-00413-BLW<br><br>JUDGMENT |

In accordance with the Findings of Fact and Conclusions of Law filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Plaintiff in the amount of $2,926,627.08 with interest thereon as provided by law, and his costs in this action.

DATED: December 26, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1